# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTINE A. JUBIC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 10-1361 (JEB) |
| KEN SALAZAR, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

Plaintiff commenced this case in August 2010 by filing a Complaint against Secretary of the Interior Ken Salazar seeking compliance with her request for documents under the Freedom of Information Act, 5 U.S.C. § 552. Defendant moved for summary judgment in May 2011, noting that it had produced the documents between Nov. 2009 and Jan. 2011. Motion at 1. On July 28, 2011, the Court ordered Plaintiff to respond to that Motion on or before August 29, 2011, and warned Plaintiff that failure to timely respond could result in the Motion being granted as conceded. Perhaps because she has now received the documents she seeks, Plaintiff has never opposed Defendant's Motion. As a result, the Court will issue a separate Order this date granting the Motion as conceded under Local Civil Rule 7(b).

/s/
JAMES E. BOASBERG
United States District Judge